UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **WILLIE EARL BROWN** | **CIVIL ACTION NO. 24-1641** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CHRIS STINSON, ET AL.** | **MAG. JUDGE MCCLUSKY** |

## JUDGMENT

The Report and Recommendation (ECF No. 9) of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Willie Earl Brown's Complaint, [ECF No. 1], is **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this 9th day of June, 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE